# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ROBERT FLOYD,

    Plaintiff,

v.                        CASE NO.  4:10cv289-RH/WCS

WALTER McNEIL et al.,

    Defendants.

_____/

## ORDER DENYING CLASS-CERTIFICATION MOTION
## AND DENYING SUMMARY-JUDGMENT MOTION

    The plaintiff is a state prisoner.  He asserts the defendant prison authorities are providing him—and all other prisoners—an unconstitutionally deficient diet.  The plaintiff has moved for class certification.  The defendants have moved for summary judgment.  The case is before the court on two reports and recommendations, ECF Nos. 27 and 33.  No objections have been filed.

    The class-certification motion is plainly unfounded.  The plaintiff has no attorney and cannot effectively represent a class.

    The report and recommendation concludes the summary-judgment motion is premature.  Whether that is so is less than clear.  The governing rule allows a

defendant to move for summary judgment at any time—as early as the day a complaint is filed.  *See* Fed. R. Civ. P. 56(b).  If the plaintiff's diet is causing him harm, he presumably knows it and can submit his own declaration describing the diet's effects.  And he was required to have a basis, before filing the complaint, for the assertion that the diet was unconstitutionally deficient.  *See* Fed. R. Civ. P. 11.  The Supreme Court has noted the appropriateness of early summary-judgment motions: "federal courts and litigants must rely on summary judgment and control of discovery to weed out unmeritorious claims sooner rather than later." *Leatherman v. Tarrant County Narcotics Intelligence and Coordination Unit*, 507 U.S. 163, 168-69, 113 S. Ct. 1160, 122 L. Ed. 2d 517 (1993).

Still, delaying consideration of a summary-judgment motion is sometimes appropriate.  Indeed, the summary-judgment rule expressly so provides.  *See* Fed. R. Civ. P. 56(d).  The defendants have not objected to the report and recommendation and have instead sought their own delays in responding to the plaitniff's discovery requests.  *See*, *e.g.*, ECF No. 39.  This order accepts the report and recommendation and denies the summary-judgment motion.  But the plaintiff should take note: he should expect to meet the next summary-judgment motion on the merits, without substantial further delay.

For these reasons,

IT IS ORDERED:

The reports and recommendations, ECF Nos. 27 and 33, are ACCEPTED. The defendants' summary-judgment motion, ECF No. 24, is DENIED without prejudice. The plaintiff's class-certification motion, ECF No. 28, is DENIED. The defendants must file an answer by May 26, 2011. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on May 14, 2011.

           s/Robert L. Hinkle
           United States District Judge