IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT FLOYD,

    Plaintiff,

v.                                          CASE NO.  4:10cv289-RH/WCS

WALTER McNEIL et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 56, and the objections, ECF No. 57.  I have reviewed *de novo* the issues raised by the objections.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The defendants' motion for summary judgment, ECF No. 49, is GRANTED.  The clerk must enter judgment stating, "The complaint is dismissed with prejudice."  The clerk must close the file.

SO ORDERED on January 4, 2012.

                                                  s/Robert L. Hinkle
                                                 United States District Judge